# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-2420
LT Case No. 2010-CF-10963

_____

JULIAN A. BARTLETTO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

W. Charles Fletcher, of Law Offices of W. Charles Fletcher,
Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Zachary Lawton, Assistant
Attorney General, Tallahassee, for Appellee.

August 13, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and HARRIS and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————